Case Name: __Watson v. City of NY, et al.__   Case Number: __23__-CV-__08975__ (__LDH__) (TAM)

# CASE MANAGEMENT WORKSHEET

## Preparation for Initial Conference

| | |
|---|---|
| **Rule 26(f) conference held?** | Date: **4/5/24** |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | **4/15/24** |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ■   No ☐   N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ■   No ☐   N/A |
| **Anticipated number of depositions:** | Plaintiff(s): **5-10**  <br> Defendant(s): **1-3** |
| **First requests for production of documents and for interrogatories due by:** | 5/14/24 |

## Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| **Agreed upon completion date for Phase I Discovery:** <br> (Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 6/17/24 |
| **Date for pre-settlement status conference with counsel:** <br> (Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 7/9/24 |

## Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| **Deadline to join new parties or amend pleadings as of right:** <br> (Presumptively 15 days after initial settlement conference) | **7/24/24** |
| **All fact discovery completed by:** <br> (Presumptively 3.5 months after first requests for documents/interrogatories) | **8/27/24** |
| **Joint status report certifying close of fact discovery:** | **9/10/24** |
| **Anticipated number of expert reports:** | Plaintiff(s): **1** <br> Defendant(s): **1** |

| | |
|---|---|
| **Exchange of expert disclosures completed by:**<br>(Presumptively 30 days after fact discovery) | 9/27/24 |
| **Expert depositions completed by:**<br>(Presumptively 30 days after initial expert disclosures) | 10/28/24 |
| **Exchange of rebuttal expert reports by:**<br>(Presumptively 30–45 days after initial expert disclosures) | 11/13/24 |
| **All expert discovery completed by:** | 11/20/24 |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:**<br>(Presumptively 9 months after Initial Conference) | 1/17/25 |
| **Final date to take first step in dispositive motion practice:**<br>(Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 2/24/25 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐   No ■ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?**<br>(The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐   No ■ |

SO ORDERED:

_____                              _____
TARYN A. MERKL                                                                        DATE
United States Magistrate Judge