

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
Phone: (212) 356-2249
Fax: (212) 356-3509
kholohan@law.nyc.gov

May 8, 2024

**VIA ECF**
Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Korey Watson v. The City of New Yok et al.,
     23-CV-08975

Your Honor:

     I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing the City of New York in the above-referenced matter. Defendant City writes to respectfully request that Your Honor endorse the Confidentiality Stipulation and Protective Order, the Court's standing order, which has been signed and agreed upon by the parties without waiving any right to seek modification in the future, as appropriate.

     The parties the Court for its time and attention in this matter.

Respectfully submitted,

*KellyAnne Holohan* /s/

KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  BY ECF
     *All counsel of record*