AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| KOREY WATSON <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 23-cv-8975 (LDH)(TAM) |

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Remy Green
> remy@femmelaw.com
> 1639 Centre St. Suite 216
> Ridgewood, NY 11385

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 5/30/2024



s/ M. Layne
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Jun 11 2024 AT 09:51 AM AT 4 WTC 150 GREENWICH STREET 38TH FLOOR NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on SEAN WILLIAMS-HRA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** SEAN WILLIAMS -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50   Ethnicity: Hispanic   Gender: Female   Weight: 170
Height: 5'3"   Hair: Brown   Eyes: Brown   Relationship: SUBPOENA CLERK
Other _____

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Jun 11 2024 AT 09:52 AM AT 4 WTC 150 GREENWICH STREET NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on PATRICIA ROBINSON-HRA

- [ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.
- [X] **Corporation:** PATRICIA ROBINSON -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.
- [ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.
- [ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____
- [ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
- [ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50   Ethnicity: Hispanic   Gender: Female   Weight: 170
Height: 5'3"   Hair: Brown   Eyes: Brown   Relationship: SUBPOENA CLERK
Other _____

*[signature]*

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK     COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**
Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY. That on Tue, Jun 11 2024 AT 09:53 AM AT 4 WTC 150 GREENWICH STREET 38TH FL NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on TAMIKA JENKINS-HRA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** TAMIKA JENKINS -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50    Ethnicity: Hispanic    Gender: Female    Weight: 170
Height: 5'3"    Hair: Brown    Eyes: Brown    Relationship: SUBPOENA CLERK
Other _____

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK            COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Jun 11 2024 AT 09:54 AM AT 4 WTC 150 GREENWICH STREET 38TH FL NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on NATASHA LYLES-HRA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** NATASHA LYLES -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at _____

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50        Ethnicity: Hispanic        Gender: Female        Weight: 170
Height: 5'3"   Hair: Brown                Eyes: Brown           Relationship: SUBPOENA CLERK
Other _____

_[signature]_

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Jun 11 2024 AT 09:55 AM AT 4WTC 150 GREENWICH STREET 38TH FL NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on KERN PROBHERBS-HRA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** KERN PROBHERBS-HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50         Ethnicity: Hispanic         Gender: Female         Weight: 170
Height: 5'3"    Hair: Brown                 Eyes: Brown            Relationship: SUBPOENA CLERK
Other

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Jun 11 2024 AT 09:56 AM AT 4WTC 150 GREENWICH STREET 38TH FL NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on ASHLEY JOHNSON-HRA

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[X] **Corporation:** ASHLEY JOHNSON -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____ , and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____ .

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50   Ethnicity: Hispanic   Gender: Female   Weight: 170
Height: 5'3"   Hair: Brown   Eyes: Brown   Relationship: SUBPOENA CLERK
Other

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF THE STATE OF NEW YORK

COUNTY OF KINGS

**Plaintiff / Petitioner:**
KOREY WATSON

**Defendant / Respondent:**
THE CITY OF NEW YORK ET AL

**AFFIDAVIT OF SERVICE**

Index No:
23-CV-08975

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at , NY . That on Tue, Jun 11 2024 AT 09:56 AM AT 4WTC 150 GREENWICH STREET 38TH FL NEW YORK NY 10007 deponent served the within summons and verified complaint and notice of commencement by electronic filing on SABRINA DUNCAN-HRA

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☒ **Corporation:** SABRINA DUNCAN -HRA a defendant, therein named, by delivering a true copy of each to Carmen Hernandez personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be SUBPOENA CLERK thereof.

☐ **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: 50    Ethnicity: Hispanic    Gender: Female    Weight: 170
Height: 5'3"    Hair: Brown    Eyes: Brown    Relationship: SUBPOENA CLERK
Other

Mitchell Raider
1450036

I affirm this 11 day of JUNE, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.