Case Name: __Watson v. City of NY, et al.__   Case Number: __23__-CV-__8975 (ldh)__ (TAM)

# CASE MANAGEMENT WORKSHEET

| Preparation for Initial Conference | |
|---|---|
| **Rule 26(f) conference held?** | Date: 4/5/2024 |
| **Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations:** | 4/15/2024 |
| **Procedures discussed for producing Electronically Stored Information (ESI)?** | Yes ☐   No ■   N/A |
| **Confidentiality Order to be submitted for Court approval?** | Yes ■   No ☐   N/A |
| **Anticipated number of depositions:** | Plaintiff(s): 5-10<br>Defendant(s): 1-3, each |
| **First requests for production of documents and for interrogatories due by:** | 5/14/2024 |
| Proposed Deadlines for Pre-Settlement Discovery (Phase I) | |
| **Agreed upon completion date for Phase I Discovery:**<br>(Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | 11/7 |
| **Date for pre-settlement status conference with counsel:**<br>(Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | 11/19 |
| Proposed Deadlines for Discovery and Motion Practice (Phase II) | |
| **Deadline to join new parties or amend pleadings as of right:**<br>(Presumptively 15 days after initial settlement conference) | 12/3 |
| **All fact discovery completed by:**<br>(Presumptively 3.5 months after first requests for documents/interrogatories) | 2/4/25 |
| **Joint status report certifying close of fact discovery:** | 2/11/25 |
| **Anticipated number of expert reports:** | Plaintiff(s): 1<br>Defendant(s): 1 |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** <br> (Presumptively 30 days after fact discovery) | 1/3/25 |
| **Expert depositions completed by:** <br> (Presumptively 30 days after initial expert disclosures) | 1/21/25 |
| **Exchange of rebuttal expert reports by:** <br> (Presumptively 30–45 days after initial expert disclosures) | 2/3/25 |
| **All expert discovery completed by:** | 2/10/25 |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** <br> (Presumptively 9 months after Initial Conference) | 2/11/2025 |
| **Final date to take first step in dispositive motion practice:** <br> (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 3/11/2025 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐   No ■ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** <br> (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐   No ■ |

SO ORDERED:

_____                    _____
**TARYN A. MERKL**                                                                          **DATE**
United States Magistrate Judge