

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

October 10, 2024

**VIA ECF**

Honorable Taryn A. Merkl
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Korey Watson v. The City of New Yok et al.*, 23-CV-08975 (LDH)(TAM)

Your Honor:

  I am co-counsel for Plaintiff Korey Watson in the above-referenced matter. I write jointly with counsel for Defendants to respectfully request that Your Honor adjourn the telephonic status conference scheduled for next Tuesday, October 15, 2024 at 9:30am for at least two weeks. The Court granted one previous application for an adjournment of the conference (*see* ECF 29; September 20, 2024 Order on Motion to Adjourn Conference).

  There are some outstanding issues related to Phase I discovery that the parties believe it would be helpful to discuss, and, hopefully, resolve, in advance of the conference.

  The parties had a meet and confer scheduled today to discuss them. However, we were not able to complete the meet and confer, due to an personal matter that arose on an emergency basis for one of the attorneys. Now, given the timing, including the holiday weekend, it is not likely that the parties will be able to meet and confer in advance of the conference as scheduled. Beyond that, there are some additional medical records related to recent treatment that I believe all parties would benefit from having, which Plaintiff has made an expedited request for, but not yet received.

  For those reasons, the parties respectfully request that the Court adjourn the telephonic status conference scheduled for next Tuesday, October 15, 2024 at 9:30am for at least two weeks.

  The parties thank Your Honor for the Court's attention to this matter.

           Respectfully submitted,

             /S/

           Gideon Orion Oliver