Case Name: __Watson v. NYC, et al.__   Case Number: __23__-CV-__08975__ (LDH) (TAM)

## CASE MANAGEMENT WORKSHEET

### Preparation for Initial Conference

| | |
|---|---|
| Rule 26(f) conference held? | Date: **4/5/2024** |
| Deadline for Rule 26(a) initial disclosures and any HIPAA-compliant records authorizations: | **4/15/2024** |
| Procedures discussed for producing Electronically Stored Information (ESI)? | Yes ☐   No ☒   N/A |
| Confidentiality Order to be submitted for Court approval? | Yes ☒   No ☐   N/A |
| Anticipated number of depositions: | Plaintiff(s): **5-10**<br>Defendant(s): **1-3** |
| First requests for production of documents and for interrogatories due by: | **5/14/2024** |

### Proposed Deadlines for Pre-Settlement Discovery (Phase I)

| | |
|---|---|
| Agreed upon completion date for Phase I Discovery:<br>(Reciprocal agreed upon document production and other discovery necessary for a reasoned consideration of settlement. Presumptively 60 days after Initial Conference.) | **1/7/2025** |
| Date for pre-settlement status conference with counsel:<br>(Proposed date to report the parties' preparedness for mediation or a settlement conference. Presumptively 10-15 days after the completion of Phase I Discovery.) | **1/22/2025** |

### Proposed Deadlines for Discovery and Motion Practice (Phase II)

| | |
|---|---|
| Deadline to join new parties or amend pleadings as of right:<br>(Presumptively 15 days after initial settlement conference) | **3/3/2025** |
| All fact discovery completed by:<br>(Presumptively 3.5 months after first requests for documents/interrogatories) | **5/15/2025** |
| Joint status report certifying close of fact discovery: | **6/5/2025** |
| Anticipated number of expert reports: | Plaintiff(s): **1**<br>Defendant(s): **1** |

| | |
|---|---|
| **Exchange of expert disclosures completed by:** (Presumptively 30 days after fact discovery) | **6/17/2025** |
| **Expert depositions completed by:** (Presumptively 30 days after initial expert disclosures) | **7/17/2025** |
| **Exchange of rebuttal expert reports by:** (Presumptively 30–45 days after initial expert disclosures) | **9/12/2025** |
| **All expert discovery completed by:** | **10/14/2025** |
| **CERTIFICATION OF THE COMPLETION OF ALL DISCOVERY BY:** (Presumptively 9 months after Initial Conference) | 11/4/2025 |
| **Final date to take first step in dispositive motion practice:** (Parties are directed to consult the District Judge's Individual Rules regarding such motion practice. Presumptively 30 days after completion of all discovery.) | 12/10/2025 |
| **Do the parties wish to be referred to EDNY's mediation program pursuant to Local Rule 83.8?** | Yes ☐ No ☒ |
| **Do the parties consent to trial before a Magistrate Judge pursuant to 28 U.S.C. § 636(c)?** (The fillable consent form may be found at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. Consenting does not affect a party's right to a jury trial.) | Yes ☐ No ☒ |

SO ORDERED:

_____                                     _____
**TARYN A. MERKL**                                              **DATE**
United States Magistrate Judge