UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KOREY WATSON,

                            Plaintiff,

    -against-


THE CITY OF NEW YORK, FJC SECURITY
SERVICES, SABRINA DUNCAN, ASHLEY
JOHNSON, KERN PROBHERBS, NATASIA
LYLES, TAMIKA JENKINS, PATRICIA
ROBINSON, AND SEAN WILLIAMS,

                            Defendants.

------------------------------------------------------------------x

**NOTICE OF MOTION**

23-CV-8975 (LDH) (TAM)

      **PLEASE TAKE NOTICE** that upon the Memorandum of Law, and exhibits annexed thereto, dated September 22, 2025, and all pleadings and proceedings previously had herein, Defendants City of New York, Sabrina Duncan, and Kern Probherbs will move before the Honorable LaShann DeArcy Hall on September 22, 2025, at the United States Courthouse for the Eastern District of New York, located at the 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing this matter, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and any additional relief as this Court may deem just, proper, and equitable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Your Honor's August 28, 2025 briefing schedule, Plaintiff's opposition must be served on Defendants on or before October 13, 2025; and Defendants' reply, if any, must be served by October 27, 2025. *See* Civil Docket Entry dated August 28, 2025.

Dated: New York, New York
September 22, 2025

          **MURIEL GOODE-TRUFANT**
          Corporation Counsel of the City of New York
          *Attorney for Defendants City of New York, Sabrina Duncan, and Kern Probherbs*
          100 Church Street, 3rd Floor
          New York, New York 10007
          T: (212) 356-2249

By:   */s/ KellyAnne Holohan*
      KellyAnne Holohan
      *Assistant Corporation Counsel*
      Special Federal Litigation

cc:     All Counsel of Record (via ECF)