UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

KOREY WATSON,

                              Plaintiff,

            - against -

THE CITY OF NEW YORK, FJC SECURITY SERVICES, SABRINA DUNCAN, ASHLEY JOHNSON, KERN PROBHERBS, NATASIA LYLES, TAMIKA JENKINS, PATRICIA ROBINSON, AND SEAN WILLIAMS,

                              Defendant.

**DECLARATION OF KELLYANNE HOLOHAN IN SUPPORT OF DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

23-CV-8975 (LDH) (TAM)

------------------------------------------------------------------- X

      **KELLYANNE HOLOHAN,** an attorney duly admitted to practice in the State of New York and in the United States District Court for the Eastern District of New York, declares, pursuant to 28 U.S.C. §1746, under penalty of perjury, that the following is true and correct:

      I am Senior Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts and circumstances stated below. I submit this declaration in support of City Defendants'[1], Motion for Judgment on the Pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure.

      1. Annexed hereto as Exhibit "A" is a true and accurate copy of the General Release signed by Plaintiff on August 9, 2024 in New York City Comptroller Claim Number 2022 PI 023821.

---

[1] "City Defendants" are the City of New York, Sabrina Duncan, and Kern Probherbs.

2. Annexed hereto as Exhibit "B" is a true and accurate copy of the Affirmation of Status of Attorney's Liens signed by Plaintiff's then counsel, Ilissa Brownstein Esq., on August 9, 2024 in New York City Comptroller Claim Number 2022 PI 023821[2].

Dated: September 22, 2025
      New York, New York

                                            MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the
                                               City of New York
                                            *Attorney for City Defendants*
                                            100 Church Street
                                            New York, NY 10007
                                            (212) 356-2249
                                            kholohan@law.nyc.gov

                           By:    *KellyAnne Holohan*
                                            KellyAnne Holohan
                                            *Senior Counsel*

TO:    **VIA ECF**

       *All attorneys of Record*

---

[2] The PI # is handwritten with a clerical error in that, instead of Claim Number 2022 PI 023821, it reads Claim Number 2023 PI 023821. The correct PI number starts with "2022," as reflected on the General Release.