

# CITY OF NEW YORK
## OFFICE OF THE COMPTROLLER
Brad Lander

### AFFIRMATION OF STATUS OF ATTORNEY'S LIENS

NYC Comptroller Claim Number: 2023PI023821

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF New York       )

_____ Ilissa Brownstein _____, Esq., an attorney admitted to practice in the courts of the State of New York affirms the truth of the following under penalty of perjury pursuant to CPLR Section 2106:

1. I am the attorney of record (or I am a principal member of Brownstein Legal, P.C. _____, the attorney of record) in the above-entitled claim and have an office located at 40 Exchange Place, Suite 1000, New York NY 10005

I/We have submitted to the City of New York a request for payment in the above-captioned claim. I am making this sworn affirmation with full knowledge that the same will be relied upon by the City of New York, its agents, employees, and representatives in connection with the distribution of the settlement proceeds. I also make this affirmation in accordance with Rule 1.15 of the Rules of Professional Conduct (former DR 9-102).

2. **Check the applicable item below, and detail as necessary:**

    ☒ a   Ilissa Brownstein, Esq. _____ [insert name] has been the only attorney retained to represent claimant in this matter.

    ☐ b   The following were prior attorneys of record in this claim, or previously represented the claimant on the pre-litigation claims asserted in this claim [list names/address/phone]:
    _____
    _____
    _____
    _____

3.  If 2(b) was checked, then 3(a) and/or 3(b) must also be checked to address all asserted and potential attorney's liens:

☐ a. In connection with the present request for payment, I have determined that the prior attorney(s) of record and/or the attorney who previously represented claimant does not assert an attorney's lien in this matter. **Attached is a completed Waiver/Non-Assert of Lien executed by the prior attorney of record.**

☐ b. In connection with the present request for payment, I have determined that _____ [insert law firm] claims an attorney's lien in this action. We have agreed to payment of the settlement proceeds. **In accordance with this agreement regarding payment, attached is a completed Release and Discharge of Attorney's Lien which has been executed by the prior attorney. Please use one of the attached forms [Form #1, #2 or #3].**
Please issue payment as follows:

☐   *issued and mailed to current attorney of record* [insert name]:

_____
*who will then distribute fees as per agreement or court order;*

*or,*

☐   *issued jointly to* [insert names]:

_____

and _____
*as co-payees, and mailed to current attorneys of record.*

4.  If this action involved a claim for attorneys' fees, it is expressly agreed that all claims for attorneys' fees which were made or could have been made are fully satisfied and discharged by this settlement.

Signed: _____

By: _____ Ilissa Brownstein , Esq.,
    a principal member of the firm [print name]

Page 9 of 12