UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

KOREY WATSON,

                                    Plaintiff,

    -against-

THE CITY OF NEW YORK, ET AL.

                                  Defendants.

------------------------------------------------------------------------x

**NOTICE OF SUBSTITUTION OF COUNSEL**

23-CV-8975 (LDH)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of KELLYANNE HOLOHAN, as counsel of record on behalf of the Corporation Counsel of the City of New York, MURIEL GOODE-TRUFANT, attorney for defendants City of New York, Sabrina Duncan, Ashley Johnson, Kern Probherbs, Natasia Lyles, Tamika Jenkins, Patricia Robinson, and Sean Williams:

                        **LUCA DIFRONZO**
                        *Assistant Corporation Counsel*
                        New York City Law Department
                        100 Church Street
                        New York, NY 10007
                        (212) 356-2354
                        ldifronzo@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for defendants at the address set forth above, and please terminate KELLYANNE HOLOHAN, Esq. from the docket sheet as counsel of record and replace her with LUCA DIFRONZO, Esq.

Dated: New York, New York
October 6, 2025

    MURIEL GOODE-TRUFANT
    Corporation Counsel
    of the City of New York
    *Attorney for Defendants*

By: *Luca Difronzo /s*
    *Assistant Corporation Counsel*
    New York City Law Department
    100 Church Street
    New York, New York 10007

cc: <u>VIA ECF</u>
    *All Counsel of Record*