UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

KOREY WATSON,

                                  Plaintiff,

        -against-

THE CITY OF NEW YORK, FJC SECURITY SERVICES, SABRINA DUNCAN, ASHLEY JOHNSON, KERN PROBHERBS, NATASIA LYLES, TAMIKA JENKINS, PATRICIA ROBINSON, AND SEAN WILLIAMS,

                                  Defendants.
------------------------------------------------------------------------X

Case No. 23-cv-8975 (LDH) (CHK)

**DECLARATION OF KOREY WATSON**

      I, Korey Watson, Plaintiff in the above-captioned matter, declare under penalty of perjury that the following statements are true and correct:

      1.     I was involved in an incident with members of the NYPD at a hotel operating as a shelter in Brooklyn, New York on or about March 17, 2022.

      2.     I hired Brownstein Legal to represent me in a civil claim seeking damages from the City of New York related to that March 17, 2022 incident.

      3.     My lawyer in that case filed that claim later in 2022, and the City assigned it claim number 2022PI023821.

      4.     I settled Claim No. 2022PI023821 with the Office of the Comptroller's pre-litigation settlement program for $3,000 in 2024.

      5.     On August 9, 2024, I signed a release form that my lawyer gave me related to that settlement.

      6.     At the time, I understood the release form to encompass a waiver of any other potential claims I would consider bringing stemming from the incident in March 2022 that was

the subject of Claim No. 2022PI023821 only.

7. My highest level of education is some college.

8. I have never owned or operated a business.

9. I have experienced years of unstable housing, including at the time of the March 2022 incident and at the time of signing the release for Claim No. 2022PI023821 in August 2024.

10. My employment history for the past ten or so years has mostly consisted of driving for various social service companies to provide transportation for children, elderly people, and people with disabilities, as well as driving for businesses to deliver goods.

11. I am unfamiliar with complicated legal writings or documents, such as the release I signed on August 9, 2024 to settle my claims in Claim No. 2022PI023821.

12. I had never before seen a release form like the one I signed for the settlement related to the March 2022 incident.

13. I only looked at the release briefly before signing it.

14. My lawyer had given me the release, and I trusted her.

15. When I signed the release, I did not understand that I was waiving any potential claims stemming from incidents other than the one covered in Claim No. 2022PI023821.

16. I did not understand the release would have anything to do with the incident in this case, which has to do with my chest being slashed in a Human Resources Administration office in September of 2022.

17. I had no idea that the settlement of my claims in Claim No. 2022PI023821 would have an impact on my claims here.

18. On the day at issue in this lawsuit, I was brutally slashed in the chest in a HRA

office, requiring 17 stitches in multiple layers, giving me a permanent, 6-inch scar, and injuries that seriously impact my qualify of life to this day.

      19.      I would have never accepted $3,000 to settle both my claims in Claim No. 2022PI023821 and my claims in this lawsuit.

DATED:      Brooklyn, NY
                  October 13, 2025

*[Signature: Korey Watson (Oct 13, 2025 18:33:57 EDT)]*

KOREY WATSON