**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
**GideonLaw.com**

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

*Not for service*

October 15, 2025

**BY ECF**

LaShann DeArcy Hall, District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Korey Watson v. City of New York, et al,* 23-cv-8975 (LDH) (CHK)

Your Honor:

Along with co-counsel, I represent Plaintiff Korey Watson in the above-referenced matter. I write, with the City Defendants' consent, seeking leave to file the attached Amended Memorandum of Law ("Amended MOL") on the docket as a separate document, *nunc pro tunc* to October 13, 2025.

The Amended MOL is identical to the document filed at midnight on October 14, 2025 (Dkt. 46, the "MOL"), except that the Table of Contents and Table of Authorities in the Amended MOL are updated to contain the correct citations to the final version of the text of the MOL. None of the substantive text in the MOL is changed.

Further, I would like to provide the Court with an explanation as to why the original MOL was filed on October 14, 2025, as opposed to October 13, 2025. After completing the final version of the MOL, co-counsel and I were unexpectedly delayed in completing the Table of Authorities by technical difficulties that prevented us from auto-generating the Table of Authorities with the correct case and page citations as we had intended. Despite our best efforts to finish the task manually, we were not able to do so by midnight. We began the filing process before midnight, but were not quite fast enough, and the MOL filing was bumped to 12:00 a.m.

Therefore, for the reasons set forth above, Plaintiff requests leave to file the Amended MOL, *nunc pro tunc* to October 13, 2025.

As always, I thank the Court for its continued time and attention.

Respectfully submitted,

Gideon Orion Oliver