

**THE CITY OF NEW YORK**

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

# LAW DEPARTMENT
100 Church Street
NEW YORK, NY 10007

**LUCA DIFRONZO**
(212) 356-2354
ldifronz@law.nyc.gov
*Assistant Corporation Counsel*

November 17, 2025

**VIA ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *Watson v. the City of New York, et al.*, 23-CV-8975 (LDH) (CHK)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of York, and the attorney for defendants the City of New York, Sabrina Duncan, and Kern Probherbs in the above-captioned matter. I write to respectfully request a brief extension of time to file City defendants' opposition to proposed amicus curiae's motion for leave to file an amicus curiae brief to December 2, 2025.

By way of relevant background, the City defendants filed a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on September 22, 2025, arguing principally that plaintiff's claims in the instant action were barred by his prior execution of a general release in another case that he settled with the City. *See generally* ECF No. 44. That motion was fully briefed on October 27, 2025. *See* ECF No. 48. On November 13, 2025, professor Alexander A. Reinert filed a motion seeking leave to file a proposed amicus curiae brief in support of plaintiff. *See* ECF No. 49.

The City defendants respectfully request this brief extension of time to review the proposed amicus curiae's filing, including the attached brief, and formulate an adequate response to the motion for leave. Additionally, the undersigned will be out of the office from November 20, 2025 through November 24, 2025, and then again for the Thanksgiving holiday, such that additional time is warranted here.

      Accordingly, the City defendants respectfully request an extension of time to file their opposition to proposed amicus curiae's motion for leave to file an amicus curiae brief to December 2, 2025.

                                              Respectfully submitted,

                                              *Luca Difronzo /s*

                                              Luca Difronzo
                                              *Assistant Corporation Counsel*

cc:    **VIA ECF**
         *All counsel of record*