UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KOREY WATSON,

      Plaintiff,       JUDGMENT

   v.           23-cv-08975 (LDH) (CHK)

THE CITY OF NEW YORK, FJC SECURITY
SERVICES, INC., SABRINA DUNCAN,
ASHLEY JOHNSON, KERN PROBHERBS,
NATASIA LYLES, TAMIKA JENKINS, P
ATRICIA ROBINSON, and SEAN WILLIAMS,

      Respondents.
--------------------------------------------------------X

   A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States

District Judge, having been entered on March 31, 2026, granting Defendants' motion for

summary judgment; and dismissing each of Plaintiff's claims as to Defendants City of New

York, Duncan, and Probherbs; it is

   ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted;

and each of Plaintiff's claims as to Defendants City of New York, Duncan, and Probherbs are

dismissed.

Dated: Brooklyn, New York       Brenna B. Mahoney
   March 31, 2026        Clerk of Court


            By:  */s/Jalitza Poveda*
               Deputy Clerk