

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

June 18, 2026

**Joseph P. Wodarski, Esq.**
914.872.7273 (direct)
Joseph.wodarski@wilsonelser.com

The Honorable Clay H. Kaminsky
United States Magistrate Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Watson v. FJC Security Services, Inc. et al.***
              Docket No.      :    1:23-cv-08975
              Wilson Elser File No.  :    20147.00291

Dear Judge Kaminsky,

My law firm represents the defendant, FJC Security Services, Inc. ("FJC") and the remaining individual defendants in the above referenced matter.  We submit this joint status report on the consent of all parties pursuant to the directive of the court of June 12, 2026.

It is the understanding of the parties that a stay of discovery remains in place following the court's decision granting summary judgment to the City of New York *et al.* dated March 31, 2026. (Dkt. #52.)  Since that time the remaining parties have conferred on resolving the case and a settlement demand has been issued.

The parties would be open to scheduling a settlement conference if the court is amenable.

Thank you for your time and consideration.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*Joseph P. Wodarski, Esq.*

1133 Westchester Avenue | White Plains, NY 10604 | p 914.323.7000 | f 914.323.7001 | wilsonelser.com

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

336025719v.1

- 2 -

cc:    Gideon Orion Oliver (via ECF)
       Cohen & Green P.L.L.C. (via ECF)

336025719v.1