

August 14, 2026

**Joseph P. Wodarski, Esq.**
914.872.7273 (direct)
Joseph.Wodarski@wilsonelser.com

**VIA ECF**

The Honorable Clay H. Kaminsky
United States Magistrate Judge
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    ***Watson v. FJC Security Services, Inc. et al.***
             Docket No.        :     1:23-cv-08975
             Wilson Elser File No.  :     20147.00291

Dear Judge Kaminsky,

My law firm represents the defendant, FJC Security Services, Inc. ("FJC") and the remaining individual defendants in the above referenced matter. There is a settlement conference scheduled to be held on August 27, 2026. Pursuant to the court's individual rules, we submit this letter motion to request that the defendants' decision-making representative, the claims representative, be permitted to appear for the settlement conference by telephone.

The claims representative, Ms. Marion Frank, resides in Ohio. She has discussed this matter with counsel and has given us settlement authority. Ms. Frank will also be available by phone during the duration of the settlement conference.

Plaintiff's counsel consents to this request.

Thank you for your time and consideration.

Respectfully submitted,

WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

*Joseph P. Wodarski, Esq.*

Albany, NY | Atlanta, GA | Austin, TX | Baltimore, MD | Birmingham, AL | Boston, MA | Charlotte, NC | Chicago, IL | Dallas, TX | Denver, CO | Detroit, MI | Long Island, NY
Hartford, CT | Houston, TX | Indianapolis, IN | Jackson, MS | Las Vegas, NV | London, England | Los Angeles, CA | Louisville, KY | Madison, NJ | McLean, VA | Merrillville, IN
Miami, FL | Milwaukee, WI | Nashville, TN | New Orleans, LA | New York, NY | Orange County, CA | Orlando, FL | Philadelphia, PA | Phoenix, AZ | Portland, OR | Raleigh, NC
San Diego, CA | San Francisco, CA | Sarasota, FL | Seattle, WA | Stamford, CT | St. Louis, MO | Tyler, TX | Washington, DC | West Palm Beach, FL | White Plains, NY

336025719v.1

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

- 2 -

cc:     Gideon Orion Oliver (via ECF)
        Cohen & Green P.L.L.C. (via ECF)

336025719v.1