**Gideon Orion Oliver**
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

**Gideon@GideonLaw.com***
**GideonLaw.com**
**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*
**Not for service*

August 18, 2026

**VIA ECF**
The Honorable Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Korey Watson v. The City of New Yok et al.*, 23-CV-08975 (LDH)(CHK)

Your Honor:

I am co-counsel for Plaintiff Korey Watson in the above-referenced matter.

I write to ask that the Court adjourn the settlement conference scheduled for August 27, 2026 at 2:00pm until a date in or after mid-October.

There have been no previous requests to adjourn the conference.

An adjournment would not impact any other scheduled dates.

Opposing counsel does not object to this application.

I request the adjournment because Plaintiff's counsel have requested, but not yet received, information about the nature and extent of any liens that may be asserted in connection with a possible settlement. While there is no way of knowing when the government agencies involved will provide responsive information, if the Court grants the requested adjournment, there will be enough time either for them to do so or for counsel to seek lien information by subpoena.

Thank you for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver