Gideon Orion Oliver
—ATTORNEY AT LAW—
He/him/his

277 Broadway, Suite 1501
New York, NY 10007

1825 Foster Avenue, Suite 1K
Brooklyn, NY 11230

Gideon@GideonLaw.com*
GideonLaw.com

**Office**: (718) 783-3682
**Signal**: (646) 263-3495
**Fax**: (646) 349-2914*

**Not for service*

November 12, 2026

**BY ECF**
Hon. Clay H. Kaminsky
United States Magistrate Judge
United States District Court
Eastern District of New York

Re: *Korey Watson v. City of New York, et al.*, 23-cv-8975 (LDH)(CHK)

Your Honor:

I am co-counsel to Mr. Korey Watson.

With apologies for the timing of the application, I write jointly with counsel for the remaining defendants to ask the Court for a one-week extension of today's deadline by which the parties are to file a stipulation of dismissal.

The parties have been working in good faith with each other and have finalized the documents necessary to effectuate the settlement. However, the settlement check has not yet arrived. We are therefore asking for one more week to give the check time to get where it needs to before stipulating to dismissal and filing the stipulation on the record.

There has been one prior application to extend this deadline, which the Court granted. If the Court grants this application, it will not impact any other aspects of the case.

Thank you for your attention to this matter.

Respectfully submitted,

Gideon Orion Oliver