UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------x

KOREY WATSON,

Plaintiff,

-against-

THE CITY OF NEW YORK*, FJC SECURITY SERVICES, INC., SABRINA DUNCAN*, ASHLEY JOHNSON, KERN PROBHERBS*, NATASIA LYLES, TAMIKA JENKINS, PATRICIA ROBINSON and SEAN WILLIAMS,

Defendants.

---------------------------------------x

Case No.: 23-cv-8975 (LDH)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**COUNSELORS:**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, KOREY WATSON, and Defendants, FJC SECURITY SERVICES, INC., ASHLEY JOHNSON, NATASIA LYLES, TAMIKA JENKINS, PATRICIA ROBINSON and SEAN WILLIAMS that the above-captioned action is voluntarily dismissed, with prejudice and without costs to any party, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated: White Plains, New York
November 13, 2026

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By: Joseph P. Wodarski
*Attorneys for Defendant - FJC SECURITY SERVICES, INC., ASHLEY JOHNSON, NATASIA LYLES, TAMIKA JENKINS, PATRICIA ROBINSON and SEAN WILLIAMS.*
1133 Westchester Avenue
White Plains, New York 10604
(914) 872-7273

**COHEN & GREEN P.L.L.C.**

By: Elena L. Cohen
*Attorneys for Plaintiff - KOREY WATSON*
1639 Centre Street, Suite 216
Ridgewood, NY 11385
(929) 888-9480

---

* Defendants City of New York, Sabrina Duncan, and Kern Probherbs were previously dismissed from the action pursuant to a dispositive motion.

403548697v.1